UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOHINDER SINGH,<br><br>　　　　　　　Plaintiff,<br>　v.<br>SHERYL FOSTER, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-00044-MMD-WGC<br><br>ORDER |

Neither a filing fee nor a pauper application was received with the complaint. The Court often dismisses such improperly commenced actions on receipt, but plaintiff stated in a cover letter that the filing fee would be paid within sixty days. The fee has not been paid. It does not appear that a promptly filed new action would be time-barred.

IT IS THEREFORE ORDERED that all pending motions are DENIED without prejudice and that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action under a new docket number with the required filing fee or a properly completed pauper application. The Clerk of Court shall send plaintiff two (2) copies each of a pauper form for a prisoner and a civil rights complaint form, along with the instructions for the forms and a copy of the papers that he submitted.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 17th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE